```
IN THE UNITED STATES DISTRICT COURT FOR
    THE SOUTHERN DISTRICT OF GEORGIA
             SAVANNAH DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CV411-290 |
| ) | |
| FUNDS CONTAINED IN SUNTRUST ) | |
| BANK ACCOUNT ENDING IN ) | |
| XXXX4565, VL: $16,700.00 in ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **O R D E R**

Before the Court is the Government's Motion for Default Judgment and Final Order of Forfeiture and Distribution. (Doc. 24.) On July 24, 2012, an amended verified complaint for forfeiture in rem was filed. (Doc. 4.) Kenneth Gossett and Amanda Gossett were served with a copy of the Government's verified complaint through their attorney of record. (Doc. 18.) The Government provided adequate notice of the civil forfeiture, as required by the relevant rules. (Doc. 20.) No person or entity timely filed a claim or answer or demanded restitution of the Defendant Currency. On April 29, 2015, at the request of the Government, the Clerk of Court entered default. (Doc. 23.) The Government then filed its current motion for default judgment. (Doc. 24.) Since the entry of default, no person

or entity responded to the entry of default or the Government's motion for default judgment.

After careful consideration, the Government's motion is **GRANTED**. The Government has shown there was reasonable cause to seize the Defendant Currency, a properly filed amended verified civil complaint for forfeiture in rem was filed pursuant to 21 U.S.C. §§ 881(a)(6) and 18 U.S.C. § 981(a)(1)(A), all known parties were served with proper process, and all other unknown potential claimants were served by publication. Accordingly, it is **HEREBY ORDERED** and **ADJUDGED**:

1. The Defendant Currency is condemned and forfeited to the United States of America, and all right, title, claim and interest to the Defendant Currency by Kenneth Gossett, Amanda Gossett, SunTrust Bank, their heirs, successors and assigns, and all other persons and entities are vested in the United States of America;

2. Kenneth Gossett and Amanda Gossett, their heirs, successors and assigns, and all other persons and entities are forever barred from asserting a claim against the Defendant Currency;

3. The United States Marshals Service or an authorized designee shall dispose of the Defendant Currency according to law and regulatory procedures;

4. The United States Marshals Service or an authorized designee shall pay from the Defendant Currency all expenses of the Department of Justice and United States Marshals service related to the seizure and forfeiture of the Defendant Currency;

5. The remaining portion of the Defendant Currency shall be deposited by the United States Marshals service into the Department of Justice Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c);

6. The Clerk of the Court is **DIRECTED** to forward four certified copies of this Order to Assistant United States Attorney Karl Knoche, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970 Savannah, Georgia 31412; and

7. The Clerk of Court is **DIRECTED** to enter judgment pursuant to Fed. R. Civ. P. 58 upon the same terms and conditions as outlined in this order and to close this case.

SO ORDERED this 2nd day of September 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA